UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP 0 4 2019
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal 1:19cr55 |
| RAIMONTE GORDON GASTON, AKA "BOOG," AKA "BARKLEY BOO," AKA "BARKLEY," AKA "RAY," and TAYSHAWN NATEL BLAIR, AKA "TAY," | Violations: 18 U.S.C. § 2<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846 |
| Defendants. | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Distribute and to Possess with the Intent to Distribute Heroin and Fentanyl)

Beginning in or about September 2018, the exact date being unknown to the grand jury, and continuing to on or about January 1, 2019, in Harrison County, within the Northern District of West Virginia, and elsewhere, defendants **RAIMONTE GORDON GASTON AKA "BOOG" AKA "BARKLEY BOO" AKA "BARKLEY" AKA "RAY" and TAYSHAWN NATEL BLAIR AKA "TAY"**, did unlawfully, knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with each other to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute and to distribute heroin, a Schedule II controlled substance, and fentanyl, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 846, and 841(b)(1)(C).

## COUNT TWO

(Aiding and Abetting the Distribution of Heroin)

On or about January 1, 2019, in Harrison County, in the Northern District of West Virginia, defendants **RAIMONTE GORDON GASTON AKA "BOOG" AKA "BARKLEY BOO" AKA "BARKLEY" AKA "RAY" and TAYSHAWN NATEL BLAIR AKA "TAY"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance, in exchange for $30.00 in United States currency; in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

(Aiding and Abetting Possession with Intent to Distribute Heroin and Fentanyl)

On or about January 1, 2019, in Harrison County, in the Northern District of West Virginia, defendants **RAIMONTE GORDON GASTON AKA "BOOG" AKA "BARKLEY BOO" AKA "BARKLEY" AKA "RAY" and TAYSHAWN NATEL BLAIR AKA "TAY"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule II controlled substance, and fentanyl, a Schedule I controlled substance; in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including the following:

1. $1,622.00 in United States currency seized from RAIMONTE GORDON GASTON AKA "BOOG" AKA "BARKLEY BOO" AKA "BARKLEY" AKA "RAY" on January 1, 2019;

2. $294.00 in United States currency seized from TAYSHAWN NATEL BLAIR AKA "TAY" on January 1, 2019;

3. A silver Apple IPhone, model A1660, FCC ID:BCG-E3085A, IC: 579C-E3085A, seized from RAIMONTE GORDON GASTON AKA "BOOG" AKA "BARKLEY BOO" AKA "BARKLEY" AKA "RAY" on January 1, 2019;

4. A black LG Smartphone, model LML212VL, serial number 809VTZC0335197, seized from TAYSHAWN NATEL BLAIR AKA "TAY" on January 1, 2019; and

5. A black LG Smartphone, seized from TAYSHAWN NATEL BLAIR AKA "TAY" on January 1, 2019.

A True Bill,

/s/ _____
Grand Jury Foreperson

/s/ WILLIAM J. POWELL
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Shawn M. Adkins
Assistant United States Attorney